## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT WHEELING

| | |
|---|---|
| DIANA MEY, individually and on behalf of a Class of all persons and entities similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GOT WARRANTY, INC., N.C.W.C., INC., PALMER ADMINISTRATIVE SERVICES, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 5:15-CV-101-JPB<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION TO DISMISS PURSUANT TO RULE 12(b)(1) OR IN THE ALTERNATIVE, TO STAY PENDING SUPREME COURT REVIEW

Defendants N.C.W.C., Inc., and Palmer Administrative Services, Inc. ("Defendants"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b)(1), respectfully move this Court to dismiss Plaintiff's claims for lack of subject matter jurisdiction. Alternatively, the Defendants move this Court to stay these proceedings pending publication of the Supreme Court's decision in *Spokeo, Inc. v. Robbins*. The bases and legal authority in support of this Motion are set forth in the Memorandum of Law being file contemporaneously herewith.

WHEREFORE, Defendants respectfully request the Motion be GRANTED.

Respectfully submitted this 12th day of February, 2016.

          N.C.W.C., INC. AND PALMER
          ADMINISTRATIVE SERVICES, INC.

          By Counsel:

          **/s/ Gordon H. Copland**
          Gordon H. Copland (WVSB #828)
          Christopher A. Lauderman (WVSB #11136)
          STEPTOE & JOHNSON PLLC
          400 White Oaks Boulevard
          Bridgeport, WV 26330
          304-933-8162 (telephone)
          304-933-8601 (facsimile)
          gordon.copland@steptoe-johnson.com

          and

          Karen A. Doner
          *Admitted Pro Hac Vice*
          Mitchell N. Roth
          *Admitted Pro Hac Vice*
          **ROTH DONER JACKSON, PLC**
          8200 Greensboro Drive
          Suite 820
          McLean, Virginia 22102
          (703) 485-3537 (telephone)
          (703) 485-3525 (facsimile)
          kdoner@rothdonerjackson.com
          mroth@rothdonerjackson.com

          ***COUNSEL FOR DEFENDANTS***
          ***N.C.W.C., INC. AND PALMER***
          ***ADMINISTRATIVE SERVICES, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2016, I filed the foregoing"Motion to Dismiss Pursuant to Rule 12(b)(1) or in the Alternative, to Stay Pending Supreme Court Review" with the Clerk of the Court using the CM/ECF system, which will send electronic notification of said filing to counsel of record as listed below:

| | |
|---|---|
| John W. Barrett | Edward A. Broderick |
| Jonathan R. Marshall | Anthony Paronich |
| BAILEY & GLASSER LLP | BRODERICK LAW, P.C. |
| 209 Capitol Street | 99 High St., Suite 304 |
| Charleston, WV 25301 | Boston, MA 02110 |
| Telephone: (304) 345-6555 | (617) 738-7080 |
| jbarrett@baileyglasser.com | ted@broderick-law.com |
| jmarshall@baileyglasser.com | anthony@broderick-law.com |
| | |
| Matthew P. McCue | Thomas W. Kupec |
| THE LAW OFFICE OF MATTHEW P.MCCUE | Kupec & Associates, PLLC |
| 1 South Avenue, Suite 3 | 228 Court Street |
| Natick, MA 01760 | Clarksburg, WV 26301 |
| (508) 655-1415 | twk@ma.rr.com |
| (508) 319-3077 facsimile | brandon.kupec@kupeclaw.com |
| mmccue@massattorneys.net | |

*/s/ Gordon H. Copland*
Gordon H. Copland (WVSB #828)
  gordon.copland@steptoe-johnson.com
Christopher A. Lauderman (WVSB #11136)
  chris.lauderman@steptoe-johnson.com
**STEPTOE & JOHNSON PLLC**
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Fax: (304)933-8183