**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT WHEELING**

| | | |
|---|---|---|
| DIANA MEY, individually and on behalf of a Class of all persons and entities similarly situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 5:15-cv-101-JPB |
| GOT WARRANTY, INC., N.C.W.C., INC., PALMER ADMINISTRATIVE SERVICES, INC., | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2016, I served a true and correct copy of **"N.C.W.C., Inc.'s Responses to Plaintiff's Second Set of Discovery"** by e-mail to counsel of record as listed below and that the Certificate of Service was filed with the Court using the CM/ECF system, which caused a true and accurate copy of such filing to be served upon the following counsel of record:

John W. Barrett
Jonathan R. Marshall
Ryan McCune Donovan
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
rdonovan@baileyglasser.com

Edward A. Broderick
Anthony Paronich
BRODERICK LAW, P.C.
99 High St., Suite 304
Boston, MA 02110
(617) 738-7080
ted@broderick-law.com
anthony@broderick-law.com

Matthew P. McCue
THE LAW OFFICE OF MATTHEW P.MCCUE
1 South Avenue, Suite 3
Natick, MA 01760
(508) 655-1415
(508) 319-3077 facsimile
mmccue@massattorneys.net

Brandon J. Kupec
Thomas W. Kupec
KUPEC & ASSOCIATES, PLLC
228 Court Street
Clarksburg, WV 26301
(304)-623-6678
brandon.kupec@kupeclaw.com
twk@ma.rr.com

***/s/ Gordon H. Copland***

Gordon H. Copland (WVSB #828)
gordon.copland@steptoe-johnson.com
Christopher A. Lauderman (WVSB #11136)
chris.lauderman@steptoe-johnson.com
**STEPTOE & JOHNSON PLLC**
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Fax: (304) 933-8183