**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**

**DIANA MEY, individually and on behalf of a**
**class of all persons and entities similarly situated,**

      **Plaintiff,**

vs.    CASE NO.: 5:15-cv-00101-JPB

**GOT WARRANTY, INC., et al.,**

      **Defendants.**
_____/

**JOINT STATUS REPORT**

Pursuant to this Court's Order (ECF No. 131) dated July 18, 2016, Plaintiff Diana Mey, Defendant N.C.W.C., Inc., and Defendant Palmer Administrative Services, Inc. (collectively, the "Parties"), by their respective counsel, submit this Joint Status Report regarding the status of settlement.

The parties are progressing with the negotiation of the details of the settlement. The plaintiff has submitted a draft of the settlement agreement, spelling out proposed terms, procedures for approval and notification and related class settlement matters. Defendant N.C.W.C. expects to provide a response with proposed changes by August 22. The Parties are aware of no impediment to concluding the settlement, and propose that they report again to the Court within 30 days.

Respectfully submitted,

**DIANA MEY**

By Counsel

 /s/ John W. Barrett

| John W. Barrett | Edward A. Broderick | Matthew P. McCue |
|---|---|---|
| Jonathan R. Marshall | Anthony Paronich | THE LAW OFFICE OF |
| BAILEY & GLASSER LLP | BRODERICK LAW, P.C. | MATTHEW P.MCCUE |
| 209 Capitol Street | 99 High St., Suite 304 | 1 South Avenue, Suite 3 |
| Charleston, WV 25301 | Boston, MA 02110 | Natick, MA 01760 |
| Telephone: (304) 345-6555 | (617) 738-7080 | (508) 655-1415 |
| jbarrett@baileyglasser.com | ted@broderick-law.com | (508) 319-3077 (facsimile ) |
| jmarshall@baileyglasser.com | anthony@broderick-law.com | mmccue@massattorneys.net |

And

**N.C.W.C., INC. AND PALMER ADMINISTRATIVE SERVICES, INC.**

By Counsel

 /s/Gordon H. Copland

| Gordon H. Copland (WVSB #828) | Karen A. Doner (Admitted *Pro Hac Vice*) |
|---|---|
| Christopher A. Lauderman (WVSB #11136) | Mitchell N. Roth (Admitted *Pro Hac Vice*) |
| Steptoe & Johnson PLLC | Roth Doner Jackson, PLC |
| 400 White Oaks Boulevard | 8200 Greensboro Drive, Suite 820 |
| Bridgeport, WV 26330 | McLean, Virginia 22102 |
| 304-933-8162 (telephone) | (703) 485-3537 (telephone) |
| 304-933-8601 (facsimile) | (703) 485-3525 (facsimile) |
| gordon.copland@steptoe-johnson.com | kdoner@rothdonerjackson.com |
| chris.lauderman@steptoe-johnson.com | mroth@rothdonerjackson.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August 2016, the foregoing document was filed with the Clerk of the Court via the Court's ECF system, which will send notice of the filing to the following counsel of record:

John W. Barrett
Jonathan R. Marshall
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
*Co-Counsel for Plaintiff Diana Mey*

Edward A. Broderick
Anthony Paronich
BRODERICK LAW, P.C.
99 High St., Suite 304
Boston, MA 02110
(617) 738-7080
ted@broderick-law.com
anthony@broderick-law.com
*Co-Counsel for Plaintiff Diana Mey*

Matthew P. McCue
THE LAW OFFICE OF
 MATTHEW P.MCCUE
1 South Avenue, Suite 3
Natick, MA 01760
(508) 655-1415
(508) 319-3077 facsimile
mmccue@massattorneys.net
*Co-Counsel for Plaintiff Diana Mey*

Thomas W. Kupec
KUPEC & ASSOCIATES, PLLC
228 Court Street
Clarksburg, WV 26301
(304)-623-6678
brandon.kupec@kupeclaw.com
twk@ma.rr.com
*Counsel for Defendant*
 *GOT Warranty, Inc.*

      */s/Gordon H. Copland*
Gordon H. Copland
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
304-933-8162 (telephone)
304-933-8601 (facsimile)
gordon.copland@steptoe-johnson.com