# Declaration of Ganna Freiberg

1]. My position at Got Warranty INC was as President. As far as the person to locate writings or files regards GOT WARRANTY pertaining to the lawsuit by MS. MAY, that person would be me;

2]. GOT WARRANTY INC was at one time involved with Palmer Administration as an entity that marketed their products. The scope of the work was offering a VSC (Vehicle Service Contract) Palmer products to consumers;

3]. I am familiar with the lawsuit filed by Ms. May in suing GOT WARRANTY. I am aware that MAY seeks all persons that received a phone call from either GOT WARRANTY or some other company. The plaintiff named MAY was supposedly called in July 2015. MAY asserts in her lawsuit that the call or calls were made by someone supposedly associated with GOT WARRANTY;

4]. I was asked to make a diligent and comprehensive search for paper files and writings including electrical writings, emails, faxes, hard drives, servers, etc, in order to locate and disclose the records of the persons that GOT WARRANTY would have called or spoken to as regards the VSC's that GOT WARRANTY may have entered into or calls that GOT WARRANTY may have made such as cell phone calls. In order to locate and disclose the records of the persons that GOT WARRANTY would have called or spoken to regards a VSC' or an offer of a VSC, I made a detailed search looking for records;

5]. I did make a diligent and comprehensive search for paper files and writings including electrical writings, emails, faxes, hard drives, servers, etc, in order to locate and disclose the records of the persons that GOT WARRANTY would have called or spoken to regards the VSC's discussed in number 4 above, or persons that GOT WARRANTY may have tried to call or called and there was no sale;

6]. After this diligent and comprehensive search for paper files and writings including electrical writings, emails, faxes, hard drives, servers, etc, in order to locate and disclose the records of the persons that GOT WARRANTY would have called or spoken to regards the VSC's discussed in number 4 above, I could find no records. The search included a search for records regards persons that may have received a call but decided not to purchase a VSC. As stated in this declaration, I could locate no records;

7]. One problem was that GOT WARRANTY is defunct and its paper records were misplaced long ago prior to being sued and served with any subpoena and I was unable to find or be able to locate records. GOT WARRANTY has been out of business since the summer of 2015. It has no employees now and no payroll. Moreover, the server for the calls was involved in water infiltration from the AC unit with a leak back in summer of 2015 from the AC unit of the building and hence the water got into the server and the hard drive which destroyed the hard drive. Workers tried to restore the data and hard drive but the data was lost and the server and hard drive was compromised and unable to

be saved. A worker (name unknown) *circa* very soon after the above water infiltration took the hard drive to the daily trash bin for destruction. The destruction was at a time frame before I was made aware that any and all data was asked to be saved and this occurred before Got Warranty Inc was sued;

8]. I have been unable to locate any records and hence I am unable to lay any foundation that any other persons in a similarly situated position as the plaintiff MAY were called and if persons were called I am unaware who was called and what the extent of the calls and what the phone numbers are that were called. It would be speculation for me to say if persons in a similar situation as MAY were called or even if MAY was called as I have access to no records to make a discovery of who may have been called or when a person may have been called or what the call was about assuming a call was ever made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this date in Los Angeles CA.

DATE: 10-10-2016            BY: _____
                                 Ganna Freiberg